1 | MATTHEW J. JACOBS (CSBN 171149)
miacobs@mwe.com
2 | McDERMOTT WILL & EMERY LLP
3150 Porter Drive
3 | Palo Alto, CA 94304-1212
Telephone:    650.813.5000
4 | Facsimile:    650.813.5100

5 | Attorneys for Defendant
FARREL J. LECOMPTE, JR.
6

7 | KEVIN V. RYAN
United States Attorney
8 | JAMES E. KELLER
Assistant United States Attorney
9 | Phillip Burton Federal Building
450 Golden Gate Avenue, BOX 36055
10 | San Francisco, CA 94102
Telephone:    415.436.7200
11 | Facsimile:    415.436.7234

12 | Attorneys for Plaintiffs
UNITED STATES OF AMERICA
13

14 |                  UNITED STATES DISTRICT COURT

15 |                NORTHERN DISTRICT OF CALIFORNIA

16

17 | UNITED STATES OF AMERICA,          |  CASE NO. 3:05-cr-00611-WHA

18 |              Plaintiff,            |  STIPULATION TO REDUCE CASH
                                          DEPOSIT OF LECOMPTE'S BOND
19 |        v.                          |  AND [PROPOSED] ORDER

20 | FARREL J. LECOMPTE, JR,

21 |              Defendants.

22

23 |        Now come Plaintiff UNITED STATES OF AMERICA, and Defendant FARREL J.

24 | LECOMPTE, JR., through their respective attorneys of record and subject to the approval of this

25 | Court, to stipulate to a reduction of the cash deposit of LECOMPTE, JR.'s appearance bond from

26 | $25,000 to $10,000.

27 |        On February 24, 2006, the Hon. Stephen Smith, United States Magistrate Judge for the

28 | United States District Court in the Southern District of Texas, ordered, as part of the conditions

1   for LECOMPTE's release from custody, the execution of an appearance bond with a $25,000

2   cash deposit. The bond was executed and the deposit paid on February 24, 2006.

3          Since the execution of the bond, LECOMPTE has complied with all pretrial conditions

4   and has traveled from Houston, Texas to San Francisco, California to make five court

5   appearances in Case No. CR 05-006611 WHA.

6          The parties respectfully request that this Court order that the cash deposit for

7   LECOMPTE, JR.'s bond be reduced from $25,000 to $10,000, with the surplus amount of

8   $15,000 to be returned to LECOMPTE.

9

10  Dated: 8.15.06

Matthew I. Jacobs
Attorneys for Defendant
Farrel J. LeCompte, Jr.

14  Dated: 8/15/06

James E. Keller
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

18  IT IS SO ORDERED:

19  Dated: Aug. 16, 2006

20  
Hon.
United States District Judge
Judge Joseph C. Spero

21  MPK 113431-1.009972.0056

-2-   Case No. C 03 5792 WHA

McDERMOTT, WILL & EMERY
ATTORNEYS AT LAW
PALO ALTO