MATTHEW J. JACOBS (CSBN 171149)
mjacobs@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.813.5000
Facsimile: 650.813.5100

Attorneys for Defendant
FARREL J. LECOMPTE, JR.

KEVIN V. RYAN
United States Attorney
JAMES E. KELLER
Assistant United States Attorney
Phillip Burton Federal Building
450 Golden Gate Avenue, BOX 36055
San Francisco, CA 94102
Telephone: 415.436.7200
Facsimile: 415.436.7234

Attorneys for Plaintiffs
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:05-cr-00611-WHA |
|---|---|
| Plaintiff, | STIPULATION TO PERMIT LECOMPTE, JR. TO TRAVEL FROM DEC. 22 TO DEC. 27, 2006 |
| v. | |
| FARREL J. LECOMPTE, JR. | |
| Defendants. | |

Now come Plaintiff United States of America and Defendant Farrel J. LeCompte, Jr., through their respective attorneys of record and subject to the approval of this Court, to stipulate that LeCompte be permitted to travel outside of the jurisdictions specified in the conditions of his pre-trial release from December 22 to December 27, 2006.

On February 24, 2006, the Hon. Stephen Smith, United States Magistrate Judge for the

United States District Court in the Southern District of Texas, ordered, as part of the conditions for LeCompte's release from custody, that LeCompte limit his travel to the jurisdictions of the Southern District of Texas and the Northern District of California, Oakland Division.

Since the execution of the bond, LeCompte has complied with all pretrial conditions and has traveled from Houston, Texas to San Francisco, California to make six court appearances in Case No. CR 05-006611 WHA. In addition, on August 16, 2006, Hon. Joseph C. Spero signed an order granting a stipulation of the parties to reduce the cash deposit on LeCompte's bond from $25,000 to $10,000.

LeCompte seeks permission to travel with his wife and child to the Eastern District of Louisiana, specifically New Orleans, from December 22 to December 27, 2006. The purpose of this trip is to visit LeCompte and his wife's families for the holidays.

Andrew Flores, LeCompte's pre-trial services officer based in Houston, Texas indicates by his signature below that he approves of the travel request.

The parties respectfully request that this Court order that LeCompte be granted approval to travel to New Orleans, Louisiana from December 22 to December 27, 2006.

//
//
//
//
//
//
//
//
//
//

STIPULATION TO PERMIT LECOMPTE, JR. -2- Case No. C 03 5792 WHA
TO TRAVEL FROM DEC. 22 TO DEC. 27, 2006

```
 1
 2  Dated: Dec. 12, 2006                    _____
 3                                          Matthew J. Jacobs
                                            Attorneys for Defendant
 4                                          Farrel J. LeCompte, Jr.

 5
 6  Dated: Dec. 13, 2006                    _____
                                            James E. Keller
 7                                          Assistant United States Attorney
                                            Attorneys for Plaintiff
 8                                          United States of America

 9
10  Dated: Dec. 12, 2006                    _____
11                                          Andrew Flores
                                            Pre-Trial Services Division,
12                                          Southern District of Texas

13
14
15  IT IS SO ORDERED:
16  Dated: Dec. 20, 2006                    _____
17                                          Hon. Joseph C. Spero
                                            United States Magistrate Judge
18
```

STIPULATION TO PERMIT LECOMPTE, JR. TO TRAVEL FROM DEC. 22 TO DEC. 27, 2006 — -3- — Case No. C 03 5793 WHA