1  MATTHEW J. JACOBS (CSBN 171149)
   mjacobs@mwe.com
2  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone: 650.813.5000
4  Facsimile: 650.813.5100

5  Attorneys for Defendant
   FARREL J. LECOMPTE, JR.
6

7  KEVIN V. RYAN
   United States Attorney
8  JAMES E. KELLER
   Assistant United States Attorney
9  Phillip Burton Federal Building
   450 Golden Gate Avenue, BOX 36055
10 San Francisco, CA 94102
   Telephone: 415.436.7200
11 Facsimile: 415.436.7234

12 Attorneys for Plaintiffs
   UNITED STATES OF AMERICA
13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17 | UNITED STATES OF AMERICA,        | CASE NO. 3:05-cr-00611-WHA
18 |           Plaintiff,             | STIPULATION TO PERMIT
                                       | LECOMPTE, JR. TO TRAVEL
19 |    v.                            | FROM JUNE 14 TO JUNE 18, 2007
20 | FARREL J. LECOMPTE, JR.          |
21 |           Defendants.            |

22     Now come Plaintiff United States of America and Defendant Farrel J. LeCompte, Jr.,
23 through their respective attorneys of record and subject to the approval of this Court, to stipulate
24 that LeCompte be permitted to travel outside of the jurisdictions specified in the conditions of his
25 pre-trial release from June 14 to June 18, 2007.
26     On February 24, 2006, the Hon. Stephen Smith, United States Magistrate Judge for the
27
28

STIPULATION TO PERMIT LECOMPTE JR. TO
TRAVEL FROM JUNE 14 TO JUNE 18, 2007        -1-                    Case No. C 03 5792 WHA

1  United States District Court in the Southern District of Texas, ordered, as part of the conditions

2  for LeCompte's release from custody, that LeCompte limit his travel to the jurisdictions of the

3  Southern District of Texas and the Northern District of California, Oakland Division.

4  Since the execution of the bond, LeCompte has complied with all pretrial conditions and

5  has traveled from Houston, Texas to San Francisco, California to make over six court

6  appearances in Case No. CR 05-006611 WHA. On August 16, 2006, Hon. Joseph C. Spero

7  signed an order granting a stipulation of the parties to reduce the cash deposit on LeCompte's

8  bond from $25,000 to $10,000.

9  On September 6, 2006, LeCompte pled guilty to one count of conspiracy in violation of 18

10 U.S.C. § 371. LeCompte's original sentencing date of March 20, 2007 was continued to June 26,

11 2007 at both parties' request, and will be likely be continued further as the trial date for the

12 remaining defendants in this matter has been reset to October 15, 2007.

13 LeCompte seeks permission to travel to the Eastern District of Louisiana, specifically

14 New Orleans, from June 14 to June 18, 20007, to visit his parents.

15 Andrew Flores, LeCompte's pre-trial services officer based in Houston, Texas indicates

16 by his signature below that he approves of the travel request.

17 The parties respectfully request that this Court order that LeCompte be granted approval

18 to travel to New Orleans, Louisiana from June 14 to June 18, 2007.

//
//
//
//
//
//
//

STIPULATION TO PERMIT LECOMPTE, JR. TO
TRAVEL FROM JUNE 14 TO JUNE 18, 2007
-2-
Case No. C 03 5792 WHA

Dated: May 31, 2007

_____
Matthew J. Jacobs
Attorneys for Defendant
Farrel J. LeCompte, Jr.

Dated: May 31, 2007

_____
James E. Keller
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

Dated: May 31, 2007

_____
Andrew Flores
Pre-Trial Services Division,
Southern District of Texas

IT IS SO ORDERED:

Dated: June 1, 2007

Hon. [signature]
United
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO PERMIT LECOMPTE, JR. TO
TRAVEL FROM JUNE 14 TO JUNE 18, 2007

-3-

Case No. C 03 5792 WHA