MATTHEW J. JACOBS (CSBN 171149)
mjacobs@mwe.com
KATHERINE C. KIM (SBN 240951)
kkim@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650.813.5000
Facsimile:   650.813.5100

Attorneys for Defendant
FARREL J. LECOMPTE, JR.


SCOTT N. SCHOOLS
United States Attorney
DAVID HALL
Assistant United States Attorney
Phillip Burton Federal Building
450 Golden Gate Avenue, BOX 36055
San Francisco, CA 94102
Telephone:   415.436.7200
Facsimile:   415.436.7234

Attorneys for Plaintiffs
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>FARREL J. LECOMPTE, JR.<br><br>                Defendants. | CASE NO.  3:05-cr-00611-WHA<br><br>**STIPULATION TO PERMIT LECOMPTE, JR. TO TRAVEL FROM AUGUST 31 TO SEPTEMBER 3, 2007 AND SEPTEMBER 20 TO SEPTEMBER 23, 2007** |

Now come Plaintiff United States of America and Defendant Farrel J. LeCompte, Jr., through their respective attorneys of record and subject to the approval of this Court, to stipulate that LeCompte be permitted to travel outside of the jurisdictions specified in the conditions of his pre-trial release in the months of August and September 2007.

On February 24, 2006, the Hon. Stephen Smith, United States Magistrate Judge for the United States District Court in the Southern District of Texas, ordered, as part of the conditions for LeCompte's release from custody, that LeCompte limit his travel to the jurisdictions of the Southern District of Texas and the Northern District of California, Oakland Division.

Since the execution of the bond, LeCompte has complied with all pretrial conditions and has traveled from Houston, Texas to San Francisco, California to make over six court appearances in Case No. CR 05-006611 WHA. On August 16, 2006, Hon. Joseph C. Spero signed an order granting a stipulation of the parties to reduce the cash deposit on LeCompte's bond from $25,000 to $10,000.

On September 6, 2006, LeCompte pled guilty to one count of conspiracy in violation of 18 U.S.C. § 371. LeCompte's original sentencing date of March 20, 2007 has been continued to December 4, 2007 at both parties' request as a result of the trial date for the remaining defendants in this matter being set to October 15, 2007.

LeCompte has previously traveled outside the jurisdictions specified in his pre-trial release conditions without incident, on each occasion obtaining the prior permission of the Plaintiff United States of America and the Court.

LeCompte seeks permission to make two short trips, one in August 2007 and the other in September 2007. First, LeCompte seeks permission to travel to the Eastern District of Louisiana, specifically New Orleans, over Labor Day weekend, from August 31, 2007 to September 3, 2007. LeCompte will be staying with his parents, who reside in New Orleans.

LeCompte also seeks permission to travel to the Southern District of Florida, specifically Miami, from September 20 to September 23, 2007.

The parties respectfully request that this Court order that LeCompte be granted approval to travel to New Orleans, Louisiana in August 2007 and to Miami, Florida in September 2007.

McDermott, Will & Emery
Attorneys At Law
Palo Alto

Dated: August 30, 2007

/s/
Katherine C. Kim
Attorneys for Defendant
Farrel J. LeCompte, Jr.

Dated: August 31, 2007

/s/
David Hall
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

IT IS SO ORDERED:

Dated: August 31, 2007

Hon. Joseph C. Spero
United States District Court
Northern District of California