UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FARREL J. LECOMPTE, JR.,<br>Defendant. | No. CR 05-0611-8 WHA<br><br>~~[PROPOSED]~~ ORDER VACATING RESTITUTION HEARING AND SETTING RESTITUTION AMOUNT |

Based upon the parties' stipulation, and for good cause shown, the Court orders that Mr. LeCompte's restitution hearing presently scheduled for June 10, 2008 is vacated. This order does not, however, vacate the hearing with regard to any other codefendant in this case.

The Court further orders that, pursuant to the agreement reached by the parties and for good cause shown, defendant Farrel J. LeCompte, Jr., shall pay restitution as set forth in the parties' stipulation. Restitution is due and payable immediately. The defendant shall make monthly payments toward this obligation in an amount determined by United States Probation consistent with the original Judgment in a Criminal Case. Payments shall be made to the Clerk of the Court, United States District Court for the Northern District of California, Attn: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

No interest shall accrue as long as the defendant makes regular and timely payments in compliance with the terms of this Order. The defendant shall be required to pay interest on any outstanding restitution balance in the event he fails to make regular and timely monthly payments in compliance with the terms of this Order.

The defendant alone is liable for the entire amount of restitution set forth in his Plea Agreement, a total of $138,184.15. No other codefendant shall be jointly or severally liable for the restitution owed by the defendant.

An Amended Judgment in a Criminal Case reflecting this Order shall issue forthwith.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge William Alsup

DATED: June 4, 2008

HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE